# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TERRI MAYER, an individual; and OPEN GATE, an entity of unknown nature,<br><br>　　　　　　Defendants. | NO: 2:17-CV-259-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

On October 20, 2017, the Court entered an Order to Show Cause directing Plaintiff to show cause, in a writing to be filed with the Court by October 30, 2017, as to why this action should not be dismissed without prejudice for failure to timely effect service. ECF No. 3. Plaintiff was cautioned that failure to respond within ten days would result in an entry of an Order of Dismissal without Prejudice. *Id*. Plaintiff has not responded as directed. Therefore, dismissal is appropriate under Fed. R. Civ. P. Rule 4(m). Accordingly, **IT IS HEREBY ORDERED**:

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1. Plaintiff's Complaint, **ECF No. 1**, is dismissed without prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** November 2, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge