FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TERRI MAYER, an individual; and OPEN GATE, an entity of unknown nature,<br><br>　　　　　　　Defendants. | NO: 2:17-CV-259-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

**BEFORE THE COURT** is Plaintiff's Notice of Voluntary Dismissal without Prejudice, ECF No. 17. Having reviewed the Notice and the record, the Court finds good cause to approval dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal without Prejudice, **ECF No. 17**, is **APPROVED**.

2. Plaintiff's Complaint, ECF No. 1, is dismissed without prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1     4. All scheduled court hearings, if any, are **STRICKEN**.

2     **IT IS SO ORDERED**. The District Court Clerk is directed to enter this

3 Order, provide copies to counsel, and **close this case**.

4     **DATED** May 18, 2018.

                                    *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                    United States District Judge